Dismissed and Memorandum Opinion filed March 19, 2009








Dismissed
and Memorandum Opinion filed March 19, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00901-CV

____________

 

GERALD LEE RICKS, Appellant

 

V.

 

ELETHA L. RICKS, Appellee

 

 



 

On Appeal from the 306th District Court

Galveston County, Texas

Trial Court Cause No. 07FD1547

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 9, 2008.  The reporter=s record in this appeal was filed
December 10, 2008, and the clerk=s record was filed December 17,
2008.  Appellant=s brief was due January 16, 2009, but it was not filed, and
no request for an extension of time was filed.








On
February 5, 2009, this Court issued an order stating that unless appellant
submitted his brief, together with a motion reasonably explaining why the brief
was late, on or before March 6, 2009, the Court would dismiss the appeal for
want of prosecution.  See Tex. R.
App. P. 42.3(b).  Appellant filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.